IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JACQUELYN C. RHEUBOTTOM, )
)
    Plaintiff, )
)
    vs. ) Civil Action No. 06-496
)
MICHAEL J. ASTRUE, )
Commissioner of Social Security, )
)
    Defendant. )

## O R D E R

**AND NOW**, this 24th day of May, 2007, after careful consideration and for the reasons set forth in the Memorandum Opinion filed this date, it is hereby ORDERED as follows:

1. The motion of Plaintiff for summary judgment pursuant to Fed.R.Civ.P. 56 (Doc. No. 11) is denied.

2. The cross-motion of the Commissioner for summary judgment pursuant to Fed.R.Civ.P. 56 (Doc. No. 13) is granted.

3. The Clerk of Courts shall mark this case "CLOSED" forthwith.

                                          *William L. Standish*
                                          William L. Standish
                                          United States District Judge

cc: Counsel of Record